**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| **Kristen Steele,** | Case No. 1:17-cv-00004 |
| Plaintiff, | |
| v. | |
| | **Stipulation of Dismissal With Prejudice** |
| **Federation of State Massage Therapy Boards,** | |
| Defendant. | |

Plaintiff Kristen Steele and Defendant Federation of State Massage Therapy Boards, by and through their attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned lawsuit is dismissed in its entirety with prejudice.

Dated: June 5, 2017.

/s/ Tai Tomasi
Tai Tomasi
 ttomasi@driowa.org
Disability Rights Iowa
400 East Court Ave., Suite 300
Des Moines, IA 50309
Telephone: (515) 278-2502
Facsimile: (515) 278-0539

Sharon Krevor-Weisbaum
 skw@browngold.com
Emily L. Levenson
 elevenson@browngold.com
Brown, Goldstein, & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Telephone: (410) 962-1030
Facsimile: (410) 385-0869

**Attorneys for Plaintiff**

**Faegre Baker Daniels LLP**

/s/ Susan P. Elgin
Nicholas A. Klinefeldt, *Lead Counsel*
 nick.klinefeldt@faegrebd.com
Susan P. Elgin
 susan.elgin@faegrebd.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**Attorneys for Defendant**

1

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing **Stipulation of Dismissal With Prejudice** was served upon one of the attorneys of record for each party to the above-entitled cause through the Court's CM/ECF filing system on the 5th day of June, 2017.

/s/ Katie Miller

Original filed.
Copy to:

Tai Tomasi
 ttomasi@driowa.org
Sharon Krevor-Weisbaum
 skw@browngold.com
Emily L. Levenson
 elevenson@browngold.com

*Attorneys for Plaintiff*

US.112760238.01